O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO ARTURO NUNEZ,

Petitioner,

v.

RAY MADDEN, Warden,

Respondent.

Case No.  CV-15-06204-CJC (KES)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation were filed.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition with prejudice.

DATED: October 26, 2016

_____

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE