1
2
3
4
5
6
7

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ARTURO NUNEZ, | Case No.  CV-15-06204-CJC (KES) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RAY MADDEN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  October 26, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE